# United States District Court

## SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| V. | |
| **KENNETH THEODORE BOYER** | CASE NUMBER: 3:16-mj 17- -MPB |

I, the undersigned complainant being duly sworn states the following is true and correct to the best of my knowledge and belief:

On or about March 9 and March 10, 2016, in Warrick County, in the Southern District of Indiana, and elsewhere, **KENNETH THEODORE BOYER**, the defendant herein, knowingly possessed, or attempted to possess, and accessed with the intent to view one or more books, magazines, periodicals, films, video tapes, and other matter which contained visual depictions that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, shipped and transported in and affecting interstate and foreign commerce, and which were produced using materials which had been mailed and shipped and transported using any means and facility of interstate and foreign commerce, by any means, including by computer, and the producing of such visual depictions involved the use of minors engaging in sexually explicit conduct and such visual depictions were of such conduct. All of which is in violation of Title 18, United States Code, Section 2252(a)(4)(B).

I further state that I am Task Force Officer and that this complaint is based on the following facts.

See attached Affidavit

**Continued on the attached sheet and made a part hereof.**

_____
BRYAN BROWN, TFO
FEDERAL BUREAU OF INVESTIGATION

**Sworn to before me, and subscribed in my presence**

March 15, 2016    at 11:46 am          at        Evansville, Indiana
**Date**                                           **City and State**


Matthew P. Brookman, Magistrate Judge          **Signature of Judicial Officer**
**Name and Title of Judicial Officer**

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT FOR KENNETH THEODORE BOYER

### INTRODUCTION

Your Affiant, Task Force Officer (TFO) Bryan Brown, being duly sworn, deposes and says:

1. I am a detective with the Evansville Police Department ("EPD") assigned to the FBI Child Exploitation Task Force. I have been deputized as a Federal Agent through the United States Marshals Service, and have been employed by the EPD for fifteen years. The following facts are either known to me personally or were given to me by persons identified in the paragraphs below.

2. This affidavit is submitted in support of a request for the issuance of a criminal complaint and arrest warrant for Kenneth Theodore Boyer, for the offense of possession of sexually explicit material involving minors in violation of Title 18, United States Code, Section 2252(a)(4)(B). Since this affidavit is being submitted for the limited purpose of securing an arrest warrant and complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for the proposed arrest warrant and complaint.

### ALLEGED OFFENSES

3. This investigation concerns alleged violations of Title 18, United States Code, Section 2252, relating to material involving the sexual exploitation of minors. Specifically, Title 18, United States Code, Section 2252(a)(4)(B) prohibits the possession of visual depictions of minors engaging in sexually explicit conduct under circumstances involving some form of interstate nexus including transmission over the internet. "Sexually explicit conduct" means

[1]

actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. *See* 18 U.S.C. § 2256(2).

## RESULTS OF INVESTIGATION

4. On December 9, 2015, Detective Paul Kruse with the Warrick County Sheriff's Office received a CyberTipline Report from the Indiana Internet Crimes against Children Task Force. The Sheriff's Office received the report from the National Center for Missing and Exploited Children ("NCMEC"), which was the result of a tip submitted by Skype. Skype is an online communications platform, owned by Microsoft Corporation. The Skype network allows users to communicate via video, chat, voice and text communications as well as share files and images with other users across the communications platform.

5. In the NCMEC CyberTipline Report, Skype indicated that they had detected an image with the filename d1d225d6-abf9-4d5a-9121-bec6f412d0af_12.jpg uploaded to their system by the user kenny.boyer7 from an Internet Protocol (IP) address of 68.179.160.232 on November 13, 2015 at 05:38:22 UTC.

6. The image in question was made available to Detective Kruse for investigative purposes through the secure portal. Detective Kruse viewed the image and found the image to contain a very young male juvenile performing oral sex on an older male. Detective Kruse reported that from his life experience he believed the child to be less than ten years of age.

7. On December 10, 2015, an investigative subpoena was issued for the subscriber information on the IP address as provided in the CyberTipline Report. Wide Open West was identified as the Internet Service Provider controlling IP address 68.179.160.232. Wide Open

[2]

West further identified the subscriber information for this account as Ken Boyer at 7399 Fairview Drive, Newburgh, Indiana. The records indicate that the service was installed at that residence on October 17, 2015.

8. Detective Kruse also verified through a CLEAR report and through the Indiana BMV that Kenneth Boyer was a resident at 7399 Fairview Drive, Newburgh, Indiana. Detective Kruse also checked property records to confirm this information.

9. On March 7, 2016 Detective Kruse sent a request to Skype, requesting preservation of the account kenny.boyer7. Detective Kruse received notice that they had received the request and would preserve the subscriber information and requested that Detective Kruse respond if he would be following up for content of the account. On March 10, 2016, Detective Kruse responded to that request in the affirmative.

10. On March 8, 2016, Detective Greg Flowers and Detective Kruse conducted surveillance in the neighborhood and checked for open Wi-Fi connections in the area of 7399 Fairview Drive. They did not detect any unsecured Wi-Fi networks in the immediate area of the Boyer residence.

11. On March 9, 2016 Detective Kruse applied for a search warrant in Warrick County Superior Court 2 to search the residence at 7399 Fairview Drive. A warrant was issued (87D02-1603-MC-000044).

12. On March 10, 2016 at approximately 6:45 am, Detective Greg Flowers, Sergeant Kirk Tevault, Lieutenant Bryan Flowers, FBI Task Force Officer Bryan Brown, and Detective Kruse went to 7399 Fairview Drive to execute the search warrant. Upon arrival, Sergeant Tevault, Detective Flowers and Detective Kruse went to the front door of the residence where Detective Kruse knocked and rang the doorbell. It was answered by Kenneth Boyer, who

[3]

Detective Kruse recognized from his driver's license photo. Detective Kruse entered the home and gave Boyer a copy of the search warrant. Detective Kruse explained to him that he had a search warrant and would have to clear the residence to be sure nobody else was home.

13. While clearing the home Detective Kruse could hear Boyer begin crying. Once the house was cleared, Detective Kruse went back to Boyer and introduced himself to him and explained why he was there. Detective Kruse asked Boyer to join him in his police vehicle in front of the home to talk about the situation. Boyer consented to talking with Detective Kruse. Detective Kruse asked him if he minded that he recorded their conversation, and Boyer agreed to the recording of their conversation. Boyer went with Detective Kruse and let himself into the front seat of his car, where they sat together.

14. Boyer immediately told Detective Kruse that he looks at pornography on the internet and occasionally has seen questionable images that others post. He initially denied downloading illegal content, but later admitted that he does occasionally download images of teenage girls under the age of 18 years old. Boyer stated that he uses the chat service "Chatstep" to chat with others anonymously about their fantasies. He said that others often share photos of all kinds, including pornography, and people comment on those photos. He explained that with Chatstep there is no permanent username or account, but that you can sign in as whoever you want to be each time that you use the service.

15. Detective Kruse asked Boyer about his use of Skype and Facebook. He told Detective Kruse that he has a Skype account and that he believed that the username was something like "kenny.boyer". When asked more specifically if anyone was using Skype with a username of kenny.boyer or similar was coming from the IP address at his residence, he said that he would be the only one using such a username. He further added that neither his son, nor his

son's mother, would be accessing inappropriate material online and that if there was any such activity, he was the one responsible for it.

16. Boyer admitted that he enjoys looking at images of children engaged in sexual acts and that his age of preference is early teens. He said that he has downloaded some images and expected that the number of his downloads would be in the double digits. He said that he typically just views the images and masturbates to them. He denied saving any images or related materials to any thumb drives, CD's, DVD's, or external hard drives. Detective Kruse asked Boyer if he had issues with pornography in the past. He denied any problems as a result of his pornography and specifically denied relationship issues as a result. He said that he likes women and denied looking at any type of homosexual pornography.

17. After his initial interview with Boyer, Detective Kruse spoke to his ex-wife, Tonya Harding, at the residence. She told him that they had separated previously because she caught him looking at gay and transvestite pornography.

18. Detective Kruse went back into the home and Detective Flowers alerted him to snapshots in the closet of Boyer's bedroom of Boyer's son, NB, which resembled the male victim in the NCMEC report. We seized those photographs. Detective Flowers also found a Mity Vac and sexual paraphernalia. The Mity Vac was attached to a ¾" thick wall hollow, hard plastic sleeve. The sleeve contained what appeared to be personal lubricant. There were also two containers of personal lubricant in the bag. The items were photographed.

19. A safe was found in Boyer's bedroom closet. Detective Kruse asked Boyer for the key to this safe. Boyer told Detective Kruse that it was on the keychain on his nightstand in his bedroom. On that same keychain was also a Kingston DataTraveler 2.0, 16 Gigabyte thumb

drive. In my training and experience, I have found that such devices can be used to store images of child pornography. I had Detective Flowers photograph it, and it was collected as evidence.

20. Upon arrival at the Sheriff's Office, Detective Kruse used write blocking hardware to view the contents of the Kingston thumb drive that had been found on Boyer's keychain. On the device Detective Kruse immediately found numerous images that had been saved to the device from as early as November 10, 2015 through February 27, 2016. There were approximately 492 images depicting children who were either engaged in sexual acts or were posed nude. Several of the photos depict prepubescent children using sexual devices. At least three of the photos depict prepubescent females in bondage. Numerous photos depict children with what appears to be ejaculate on their faces. Many of the photos show children engaged in sexual acts with each other or being penetrated by an adult male. At least one image shows a young female being penetrated by a female with a strap-on device. Many photos show children performing oral sex on adult males. Of these approximately 492 images, at least two of these photos are of a child's face with ejaculate on the face and do not depict their genitalia. There were fewer than ten photos on the device that were of adult-only pornography. Some of the child pornography images that were on the device were created on November 12 and 13, 2015 – the same time frame as the NCMEC CyberTipline Report that generated this investigation. Also on the Kingston device were approximately 100 images of child erotica. Although these images depicted children with their genitalia covered, their poses were suggestive or were otherwise considered to be child erotica when viewed in light of the other images saved on the device.

21. Based on this evidence, Detective Kruse had officers go to the residence to locate and transport Boyer to the Warrick County Jail. Boyer was located at the residence and transported to the jail. Detective Kruse later advised Boyer of his Miranda rights, and Boyer

agreed to answer questions. Boyer told Detective Kruse that the images on the thumb drive are his and that nobody else put the images of child pornography on the device. Detective Kruse asked if he would be surprised if he told him that there were 400-500 images of child pornography and one hundred images of child erotica. Boyer replied that was a lot. Boyer stated that he had downloaded the images himself and told Detective Kruse of a Chatstep user that frequently posts hardcore images of child pornography that includes violence.

22. On March 11, 2016, Boyer was charged with possession of child pornography and dissemination of child pornography in Warrick County Superior Court 1. On March 14, 2016, Kenneth Boyer bonded out of the Warrick County Detention Center. Boyer has previously lived and worked in Puerto Rico and speaks fluent Spanish. Boyer stated that he rented a private jet several years ago and flew to Mexico where he "kidnapped" his son due to personal problems he was having with his wife at that time. My investigation has revealed that Boyer is attempting to leave Indiana and travel to his parent's residence in Tennessee.

## CONCLUSION

23. Based on the above information, your affiant believes there is probable cause to support a charge of possession of sexually explicit material involving minors in violation of Title 18, United States Code, Sections 2252(a)(4)(B). Your affiant respectfully requests that this Court issue a warrant for the arrest of Kenneth Theodore Boyer for this offense.

## REQUEST FOR SEALING OF THIS AFFIDAVIT

24. It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, affidavit, and arrest warrant. Sealing is necessary to protect the identity of minor victims and because release of the information in the complaint and affidavit may have a negative impact on this continuing investigation and may jeopardize its effectiveness.

Bryan Brown, Task Force Officer
Federal Bureau of Investigation

SWORN TO BEFORE ME THIS 15TH DAY OF MARCH, 2016.

MATTHEW P. BROOKMAN, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

[8]